UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

SHAWN NAOLU LEE and
MICKEY TANADI,

        Defendants.

CR No. **17 CR 00574-ODW**

I N D I C T M E N T

[18 U.S.C. § 371: Conspiracy; 18
U.S.C. § 545: Importing Wildlife
Contrary to Law; 16 U.S.C.
§§ 3372(d)(1), 3373(d)(3):
Submitting a False Record for
Wildlife Intended for Importation;
18 U.S.C. § 2(b): Causing an Act
to be Done]

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.   The Convention on International Trade in Endangered Species
of Wild Fauna and Flora ("CITES") was an international agreement
among governments, including the United States and Indonesia.

2.   The purpose of CITES was to ensure that international trade
in specimens of wild animals and plants did not threaten their
survival.

3.   All import, export, and re-export of specimens covered by CITES had to be authorized through a licensing system.

4.   Each specimen covered by CITES was listed in one of three appendices according to the degree of protection afforded to that specimen.

5.   Appendix I of CITES included Asian arowana fish (<u>Scleropages formosus</u>).

6.   The Endangered Species Act prohibited trade in any specimen contrary to the provisions of CITES.   16 U.S.C. §§ 1538(c)(1), 1540(b)(1).

7.   CITES generally prohibited the importation and exportation of specimens listed in Appendix I unless the required CITES documentation was obtained from both the country of export and the country of import.   50 C.F.R. §§ 23.13, 23.20.

8.   Federal regulations required an importer or exporter of wildlife to complete the U.S. Fish and Wildlife Service ("USFWS") Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) and submit the form to the USFWS.   50 C.F.R. §§ 14.61, 14.63.

9.   These Introductory Allegations are hereby re-alleged and incorporated into each and every count of this Indictment.

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECT OF THE CONSPIRACY

    1.    Beginning on an unknown date and continuing to on or about February 10, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants SHAWN NAOLU LEE ("defendant LEE") and MICKEY TANADI ("defendant TANADI"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and fraudulently import and bring merchandise, namely, live CITES-protected Asian arowana fish (Scleropages formosus), into the United States contrary to law, that is: (1) without obtaining the required CITES documentation, in violation of the Endangered Species Act, Title 16, United States Code, Sections 1538(c)(1) and 1540(b)(1), and the Convention on International Trade in Endangered Species of Wild Fauna and Flora, Title 50, Code of Federal Regulations, Sections 23.13 and 23.20; and (2) without filing a completed Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) with the USFWS, in violation of Title 50, Code of Federal Regulations, Section 14.61; all in violation of Title 18, United States Code, Section 545.

B.    MANNER AND MEANS OF THE CONSPIRACY

    2.    The object of the conspiracy was carried out, and was to be carried out, in substance as follows:

        a.    Defendant LEE would order live CITES protected Asian arowana fish (Scleropages formosus) from defendant TANADI in Indonesia.

1       b.   Defendant LEE would wire money to defendant TANADI in

2 Indonesia to pay for the fish.

3       c.   Defendant TANADI would package live CITES-protected

4 Asian arowana fish (Scleropages formosus) in a manner designed to

5 conceal the fish.

6       d.   Defendant TANADI would ship live CITES-protected Asian

7 arowana fish (Scleropages formosus) to defendant LEE's residence in

8 Garden Grove, California.

9       e.   Defendant LEE would receive and re-sell the live

10 CITES-protected Asian arowana fish (Scleropages formosus).

11 C.   OVERT ACTS

12     On or about the following dates, in furtherance of the

13 conspiracy and to accomplish its object, defendants LEE and TANADI,

14 and other co-conspirators known and unknown to the Grand Jury,

15 committed, and willfully caused others to commit, various overt acts

16 within the Central District of California and elsewhere, including,

17 but not limited to, the following:

18     Overt Act No. 1:  On or about January 19, 2017, defendant LEE

19 sent electronic communications to defendant TANADI requesting Asian

20 arowona fish (referred to by defendant LEE as "Arrows").

21     Overt Act No. 2:  On or about January 19, 2017, defendant TANADI

22 sent electronic communications to defendant LEE responding "You know

23 in US the fish is prohibited right."

24     Overt Act No. 3:  On or about January 19, 2017, defendant LEE

25 sent electronic communications to defendant TANADI responding "Yea."

26

27

28

1        Overt Act No. 4:  On or about January 19, 2017, defendant TANADI

2    sent electronic communications to defendant LEE stating "We have the

3    method to smuggle it."

4        Overt Act No. 5:  On or about January 19, 2017, in response to a

5    question from defendant TANADI, defendant LEE sent electronic

6    communications telling him that the fish were partly for resale.

7        Overt Act No. 6:  On or about January 19, 2017, defendant TANADI

8    sent electronic communications to defendant LEE telling him that the

9    minimum shipment for arowana was eight fish (with a $600 shipping

10   cost) and that cost was $750 for arowana super red and $250 for red

11   tail golden.

12       Overt Act No. 7:  On or about January 19, 2017, defendant TANADI

13   sent electronic communications to defendant LEE telling him that,

14   "For smuggling, i can not guarantee 100% fish can make it through

15   shipping, but we can try to compensate bro."

16       Overt Act No. 8:  On or about January 19, 2017, defendant LEE

17   sent electronic communications stating "Ok no problem" and asked for

18   "some pics" of the fish.

19       Overt Act No. 9:  On or about January 19, 2017, in response,

20   defendant TANADI sent electronic communications with photographs of

21   fish to defendant LEE.

22       Overt Act No. 10:  On or about January 20, 2017, defendant

23   TANADI sent defendant LEE electronic communications stating that "Aro

24   different" than legal fish because "we can not declare it all" when

25   shipping.  According to defendant TANADI, "We use special treatment

26   water, with kordon bag (u know this one right), and then we treat the

27   fish well, then smuggle it as 'aquarium supplies.'"

28

1     <u>Overt Act No. 11</u>: On or about January 20, 2017, defendant

2 TANADI sent electronic communications telling defendant LEE "Do not

3 tell anything about the this illegal arowana to anyone, including my

4 boss on Venus Aquatics" and "This smuggling stuff only between you

5 and me."

6     <u>Overt Act No. 12</u>: On or about January 20, 2017, defendant LEE

7 sent electronic communications responding "No problem i only work

8 with you."

9     <u>Overt Act No. 13</u>: On or about January 20, 2017, defendant

10 TANADI sent electronic communications to defendant LEE asking "For

11 the first trial, 8 rtg how?"

12     <u>Overt Act No. 14</u>: On or about January 20, 2017, defendant LEE

13 sent electronic communications responding "Yes boss we do 8 rtg

14 first."

15     <u>Overt Act No. 15</u>: On or about January 20, 2017, defendant

16 TANADI sent electronic communications reiterating "Ok, pls keep this

17 as a secret (my boss, Nicholas), will kick me if he knows i do

18 smuggling."

19     <u>Overt Act No. 16</u>: On or about January 20, 2017, defendant LEE

20 sent electronic communications responding "Your word my word, thank

21 you."

22     <u>Overt Act No. 17</u>: On or about January 20, 2017, defendant

23 TANADI sent electronic communications to defendant LEE identifying

24 that the cost would be eight fish for $250 each ($2,000 total), plus

25 $550 for shipping, for a total of $2,550 in United States dollars.

26 Defendant TANADI also provided his bank routing information in

27 Indonesia, and sent a photograph of his passport.

28

Overt Act No. 18: On or about January 20, 2017, defendant LEE sent electronic communications discussing sending a friend in Indonesia to meet defendant TANADI, defendant TANADI told defendant LEE not to tell the friend about the "arowana mission," and defendant LEE said that he would see "not arrow stuff just legal stuff."

Overt Act No. 19: On or about January 21, 2017, defendant TANADI sent electronic communications to defendant LEE identifying that the first shipment would be on February 6 for $2,550 and asked for defendant LEE's address.

Overt Act No. 20: On or January 21, 2017, defendant LEE sent electronic communications providing his address in Garden Grove, California.

Overt Act No. 21: On or about January 21, 2017, defendant TANADI asked when defendant LEE would send the payment "So i can prepare n do some treatment for the fish, bcs the fish will have 48 hrs trip therefore we need to make sure the fish in their best condition."

Overt Act No. 22: On or about January 21, 2017, defendant LEE said that he would send the money on Monday (January 23, 2017).

Overt Act No. 23: On or about January 22, 2017, defendant TANADI sent electronic communications asking "for the arowana first 8 rgt yaa."

Overt Act No. 24: On or about January 22, 2017, defendant LEE sent electronic communications responding "Yes please" and "I send money tomorrow."

Overt Act No. 25:  On or about January 22, 2017, defendant TANADI sent electronic communications responding that they would shoot for February 6 to send the fish.

Overt Act No. 26:  On or about January 23, 2017, in response to discussing fish other than arowana, defendant TANADI sent electronic communications telling defendant LEE "Anw pls separate payment yaa hehe for arowana, send to my account" and "For another fish, to my boss' account."

Overt Act No. 27:  On or about January 23, 2017, defendant TANADI re-sent his account information and his passport photograph to defendant LEE.

Overt Act No. 28:  On or about January 23, 2017, defendant LEE sent electronic communications confirming that the amount was $2,550 and said that he would send the payment that day.

Overt Act No. 29:  On or about January 23, 2017, defendant LEE sent electronic communications telling defendant TANADI "I'm Sorry bro couldn't make it today.  I will take care tomorrow is that ok?"

Overt Act No. 30:  On or about January 23, 2017, defendant TANADI sent electronic communications stating "np," meaning no problem.

Overt Act No. 31:  On or about January 24, 2017, defendant LEE sent electronic communications stating that "just filled out the wire transfer, bank said they send it out tomorrow."

Overt Act No. 32:  On or about January 25, 2017, defendant LEE sent electronic communications to defendant TANADI and said that the bank "said i have wrong address for you" and asked how to write the address.

Overt Act No. 33:  On or about January 25, 2017, defendant TANADI sent electronic communications writing out the address for defendant LEE and explained that the "most important is the SWIFT code + my account number + my account name."

Overt Act No. 34:  On or about January 26, 2017, defendant LEE sent electronic communications telling defendant TANADI that he was going to the bank in a hour and would let him know.

Overt Act No. 35:  On or about January 26, 2017, defendant LEE wired $2,550 to defendant TANADI to pay for the eight Asian arowana fish.

Overt Act No. 36:  On or about January 26, 2017, defendant LEE sent electronic communications telling defendant TANADI that the bank sent the money that day.

Overt Act No. 37:  On or about January 29, 2017, defendant TANADI sent electronic communications telling defendant LEE that he received the money and the money was correct.

Overt Act No. 38:  On or about January 29, 2017, defendant TANADI sent electronic communications telling defendant LEE that he would get the fish from the supplier that Wednesday morning (February 1).

Overt Act No. 39:  On or about January 29, 2017, defendant TANADI sent electronic communications telling defendant LEE that "Will give food and treat the fish for 3 days – then we need to starve them for 48 hours and on monday [February 6], shipment will be done."

Overt Act No. 40:  On or about January 29, 2017, defendant LEE sent electronic communications asking how long before they did

another shipment, defendant TANADI asked whether arowana or "legal shipment," defendant LEE stated arowana, and defendant TANADI said it would be at least two weeks before they did another arowana shipment.

Overt Act No. 41:  On or about January 30, 2017, defendant TANADI sent electronic communications asking defendant LEE if it was okay to delay shipment by one day to February 7.

Overt Act No. 42:  On or about January 30, 2017, defendant LEE sent electronic communications responding "No problem."

Overt Act No. 43:  On or about January 30, 2017, defendant TANADI sent electronic communications stating that defendant LEE would receive the fish on February 9. Defendant TANADI said he would update defendant LEE with the details.

Overt Act No. 44:  On or about February 1, 2017, defendant TANADI sent electronic communications stating that he was looking for items to smuggle the fish in, sent defendant LEE a photograph of a porcelain pot, said that was "the plan."

Overt Act No. 45:  On or about February 1, 2017, defendant LEE sent electronic communications questioning whether the fish was going to be "put in that."

Overt Act No. 46:  On or about February 1, 2017, defendant TANADI sent electronic communications stating that he was going to put the fish in a plastic bag first and sent a photograph of a fish in a bag.

Overt Act No. 47:  On or about February 3, 2017, defendant TANADI sent electronic communications stating that he was having problems finding a pot to hide the fish.

1    Overt Act No. 48: On or about February 3, 2017, defendant LEE
2    sent electronic communications telling him "its OK take your time"
3    and "No rush."

4    Overt Act No. 49: On or about February 3, 2017, defendant
5    TANADI sent electronic communications stating that if it fits, he
6    will ship on Monday (February 6).

7    Overt Act No. 50: On or about February 5, 2017, defendant
8    TANADI sent electronic communications asking for defendant LEE's
9    address.

10   Overt Act No. 51: On or about February 5, 2017, defendant LEE
11   sent electronic communications with his address in Garden Grove,
12   California.

13   Overt Act No. 52: On or about February 5, 2017, defendant
14   TANADI sent electronic communications identifying that he would state
15   that the value of the items was $700 and he had found "the huge pot"
16   to send them in and sent a photograph of one of the pots.

17   Overt Act No. 53: On or about February 5, 2017, defendants
18   TANADI and LEE discussed via electronic communications the water
19   conditions for keeping the fish in his aquarium.

20   Overt Act No. 54: On or about February 5, 2017, defendant
21   TANADI sent electronic communications stating that the scheduled
22   arrival time should be Wednesday morning, February 8, and that he
23   would go to DHL that day to send the fish.

24   Overt Act No. 55: On or about February 5, 2017, defendant LEE
25   sent electronic communications asking how many fish per pot.

26   Overt Act No. 56: On or about February 5, 2017, defendant
27   TANADI sent electronic communications responding that one pot equaled

28

1  two fish but he would send five or six pots in case DHL wanted to

2  open it.

3      Overt Act No. 57:  On or about February 5, 2017, defendant

4  TANADI sent electronic communications with a breakdown of the

5  shipment:  $2,000 for the fish, $400 for DHL, $80 for the pots used,

6  and $50 for Kordon bags and supplies.

7      Overt Act No. 58:  On or about February 7, 2017, defendant

8  TANADI sent eight Asian arowana to defendant LEE using DHL with a

9  scheduled delivery date of February 9, 2017.

10     Overt Act No. 59:  Between on or about February 7, 2017 and

11 February 10, 2017, defendants LEE and TANADI discussed the delivery

12 of the package, including that there had been a customs hold on the

13 package.

14     Overt Act No. 60:  On or about February 10, 2017, defendant LEE

15 accepted delivery of the eight Asian arowana.

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. §§ 545, 2(b)]

On or about February 9, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants SHAWN NAOLU LEE and MICKEY TANADI fraudulently and knowingly imported and brought, and willfully caused to be imported and brought, merchandise, namely, eight Asian arowana fish (<u>Scleropages formosus</u>), into the United States contrary to law, that is: (1) without obtaining the required CITES documentation, in violation of the Endangered Species Act, Title 16, United States Code, Sections 1538(c)(1) and 1540(b)(1), and the Convention on International Trade in Endangered Species of Wild Fauna and Flora, Title 50, Code of Federal Regulations, Sections 23.13 and 23.20; and (2) without filing a completed Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) with the USFWS, in violation of Title 50, Code of Federal Regulations, Section 14.61.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[16 U.S.C. §§ 3372(d)(1), 3373(d)(3); 18 U.S.C. § 2(b)]

On or about February 7, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants SHAWN NAOLU LEE ("defendant LEE") and MICKEY TANADI ("defendant TANADI") knowingly submitted, and willfully caused to be submitted, a false record and label for eight Asian arowana fish (Scleropages formosus) that were imported and received from a foreign country. Specifically, defendants LEE and TANADI submitted, and caused to be submitted, a package label describing the contents of the package as

///

///

1   "Porcelain Herbal Pot" when, in truth and in fact, as defendants LEE

2   and TANADI well knew, the package contained Asian arowana fish.

3                                    A TRUE BILL

4

5                                    /s/
                                     _____
6                                    Foreperson

7   SANDRA R. BROWN
    Acting United States Attorney
8

9

    LAWRENCE S. MIDDLETON
10  Assistant United States Attorney
    Chief, Criminal Division
11

12  JOSEPH O. JOHNS
    Assistant United States Attorney
    Chief, Environmental and
13     Community Safety Crimes Section

14  MARK A. WILLIAMS
    Assistant United States Attorney
15  Deputy Chief, Environmental and
       Community Safety Crimes Section
16

17  AMANDA M. BETTINELLI
    ERIK M. SILBER
    Assistant United States Attorney
18  Environmental and Community
       Safety Crimes Section
19

20

21

22

23

24

25

26

27

28
                                    15