Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

17 CR 00574 ODW

Case Number _____          Defendant Number  1

U.S.A. v.  SHAWN NAOLU LEE          Year of Birth  1988

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  USFWS

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  February 9, 2017

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles          [ ] Ventura

[✓] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other

Citation of Offense   18 USC 371, 545, 16 USC 3372(d)(1),

16 USC 3373(d)(3), 18 USC 2(b)

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   [✓] No          [ ] Yes

IF YES     Case Number

Pursuant to General Order 16-05, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

entail substantial duplication of labor in pretrial, trial or

sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  August 11, 2017

Case Number    MJ 17-2030

Charging    18 USC 371, 545

The complaint:     [✓] is still pending

[ ] was dismissed on:

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:  Georgina Wakefield, DFPD

Phone Number:  213-894-4795

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*          [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   [ ] Yes          [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*          [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☐ NO

IF YES, list language and/or dialect: _____

### OTHER

☑ Male  ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s)  Pumpkin 420 _____

This defendant is charged in:  ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption

☐ government fraud              ☐ tax offenses

☑ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☐ violent crimes/firearms       ☐ corporate fraud

☐ Other  Wildlife Trafficking

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  8/16/17, 10 a.m.

b. Posted bond at complaint level on:  8/18/17

in the amount of $ 15,000 unsecured personal appearance

c. PSA supervision?  ☑ Yes  ☐ No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

d. ☐ Solely on this charge.  Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20___  ___21___  ___40___

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date  09/14/2017

_Amanda M. Bettinelli_
Signature of Assistant U.S. Attorney

AUSA AMANDA M. BETTINELLI
Print Name