HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SHAWN NAOLU LEE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-574-ODW |
| Plaintiff, | **DEFENDANT'S SENTENCING POSITION PAPER** |
| v. | |
| SHAWN NAOLU LEE, | |
| Defendant. | |

Shawn Naolu Lee, through his attorney of record, Deputy Federal Public Defender Georgina E. Wakefield, hereby files his sentencing position paper.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: July 9, 2018            By  */s/ GEORGINA E. WAKEFIELD*
                               GEORGINA E. WAKEFIELD
                               Deputy Federal Public Defender

1

SENTENCING POSITION PAPER

Mr. Lee requests that the Court impose the agreed-upon sentence, which is consistent with the recommendation made by the probation office: three years of probation to include six months of home detention.  Such a sentence accounts for the seriousness of the offense and the history and characteristics of Mr. Lee, while achieving the purposes of sentencing.

Mr. Lee pleaded guilty to importing into the United States eight fish.  All eight fish were Asian arowana, which are listed on CITES Appendix I.  While Appendix I includes the most protected wildlife under CITES, the fish Mr. Lee imported were not captured from the wild.  They were born at a fish farm operated by the co-defendant, Mickey Tanadi, in Indonesia.  Asian arowana can be brought to the United States with the proper permits, but Mr. Lee did not obtain those permits.

Asian arowana are significant to Asian cultures and are believed to bring good luck, health, and prosperity.

This case has brought shame to Mr. Lee and his family.  News of his arrest and then guilty plea was printed in local newspapers in Orange County, where he was born and raised.  *See* Exhibit A.  Despite this shame, Mr. Lee's family has remained by his side.  His mother and wife are both sources of support and stability for Mr. Lee.

Over the past year, Mr. Lee has demonstrated that he can be a law-abiding and productive member of society.  While on pretrial release he obtained steady employment and has sustained no violations of his pretrial release conditions.  Under the supervision and guidance of the probation office, Mr. Lee can continue to make strides at achieving a career and productive life.

Prison is unnecessary for Mr. Lee.  It would disrupt his employment and be disproportionate to the offense and his minor criminal history.  Mr. Lee respectfully requests that the Court impose the sentence jointly recommended by the parties in the plea agreement.

Mr. Lee objects to the following conditions of probation recommended by the Probation Office:

Proposed condition number 2: "As directed by the probation officer, the defendant shall notify specific persons and organizations of specific risks and shall permit the probation officer to confirm the defendant's compliance with such requirement and to make such notifications." Rec. Letter (Docket No. 37), p.2. The proffered justification for this condition is that it "is needed to address risks that the defendant may pose to the community." *Id*. at p.4. This proposed condition is vague and not justified by the nature of the offense.

Proposed condition number 6: "The defendant shall perform 40 hours of community service, as directed by the Probation Officer." Rec. Letter, p.2. Mr. Lee objects to this proposed condition because he will be on home confinement for the first six months of probation. Mr. Lee will be required to pay the costs of Location Monitoring up to $12 per day. At $12 per day, he may spend up to $360 per month on Location Monitoring, which is more than half of his monthly pay. *See* PSR ¶ 64. Mr. Lee's efforts should be focused on getting more hours and responsibilities at work so he can support himself and pay the special assessment and Location Monitoring.[1]

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: July 9, 2018              By  */s/ GEORGINA E. WAKEFIELD*
                                 GEORGINA E. WAKEFIELD
                                 Deputy Federal Public Defender

---

[1] 18 U.S.C. § 3563(a)(2) provides that the Court should impose a fine, restitution, or community service, unless the Court finds extraordinary circumstances that justify not imposing one of those conditions. Mr. Lee submits that the forfeiture of over $15,370 seized by the government satisfies this requirement, as does the need for Mr. Lee to continue to work and focus on supporting himself and his family.

3

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT'S SENTENCING POSITION PAPER** on the following individual(s) by:

[X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

[X] By e-mail as follows:

Pamela Chen USPO
Los Angeles, CA 213-894-6022
Pamela_Chen@cacp.uscourts.gov

This proof of service is executed at Los Angeles, California, on **July 9, 2018.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    *Sonia Casas*          .
**SONIA CASAS**