# EXHIBIT A



CRIME | GOVERNMENT | BUSINESS | EDUCATION | SPORTS | HOLLYWOOD | LIFE | OC

**LATEST NEWS** OC Supervisors Expected to Walk Back Tents for Transients Plan

Home » OC » This Article

# Lucky fish unlucky for smuggler suspect: Pricey protected Indonesia fish

POSTED BY DEBBIE L. SKLAR ON SEPTEMBER 21, 2017 IN OC | 311 VIEWS | LEAVE A RESPONSE

Share this article:



Example of an Asian Arowana fish. Photo CC BY-SA 3.0, https://commons.wikimedia.org/w/index.php?curid=446480



Advertisement

**Explore More with United®**

Plan a Redefined Travel Experience with United Airlines' Lavish & Modern Amenities

**GET THE LATEST NEWS BY EMAIL!**

Sign up here for our free newsletters. We'll send you the latest headlines every morning and every weekday afternoon.

Email Address

SUBSCRIBE

A Garden Grove man accused of illegally imported protected Asian arowana fish — an expensive freshwater aquarium variety thought in some cultures to bring luck, prosperity and health — pleaded not guilty Thursday to federal charges.

Shawn Naolu Lee, 29, entered his plea in Los Angeles to charges of conspiracy, illegally importing wildlife, and creating false documentation. He was ordered by U.S. Magistrate Judge Gail J. Standish to return to the courthouse Nov. 14 for trial. If convicted of all charges, Lee would face up to 30 years behind bars.

Lee and a co-defendant, thought to be in Southeast Asia, were indicted last week in connection with the discovery of a parcel containing eight arowanas imported and received from Indonesia. Arowanas — also known as "arrows"

and "dragon fish" — sell on the black market for at least $1,000 each, court documents show.

The fish were allegedly hidden in plastic bags placed in porcelain pots. In a sting operation, Lee allegedly signed for delivery of the parcel at his parent's home where he was living, according to an affidavit. A search of the residence allegedly turned up more than $15,000 in cash in Lee's room, the document said.

The colorful Asian arowana is protected by the Endangered Species Act and cannot legally be brought into the United States. However, in some Asian communities, the fish is thought to bring wealth and protection to businesses, and some owners believe the fish can understand their thoughts.

—*City News Service*

*LUCKY FISH UNLUCKY FOR SMUGGLER SUSPECT: PRICEY PROTECTED INDONESIA FISH was last modified: September 21st, 2017 by Debbie L. Sklar*





>> Want to read more stories like this? **Get our Free Daily Newsletters Here!**

Follow us:



POSTED IN OC | TAGGED ARRAIGNMENT, ASIAN AROWANA FISH, GARDEN GROVE, SHAWN NAOLU LEE, SMUGGLING

**FORECAST FOR DOWNTOWN LA**

**Tuesday**
Sunny. High 78F. Winds light and variable.

**Wednesday**
A mainly sunny sky. High 78F. Winds light and variable.

Complete Forecast   Current Temperatures

**Regenerate Your Body Today, Professional Probiotic Help**
ActivatedYou Supplements

**17 Most Prominent Google Ranking Factors: Data-Driven Study by**
SEMrush

**Enter Your Name, Wait 10 Seconds, Brace Yourself**
TruthFinder





Police & Fire (Https://patch.com/california/losalamitos/police-fire)

# 'Lucky' Fish Trafficker Not So Lucky After Guilty Plea: COURT

An Orange County man pleaded guilty to trafficking the rare arowana fish, thought to read minds, bring good luck, prosperity, and health.

By Ashley Ludwig, Patch Staff (https://patch.com/users/ashley-ludwig) | May 2, 2018 4:25 pm ET | Updated May 3, 2018 10:32 pm ET





GARDEN GROVE, CA — Though the fish are supposedly good luck, that wasn't the case for this Orange County man. On Wednesday, Shawn Naolu Lee, a 29-year-old Garden Grove man pleaded guilty a federal charge of illegally importing protected Asian arowana fish. The expensive freshwater aquarium variety is thought in some cultures to bring luck, prosperity and health and is protected by the Endangered Species Act. Arowana fish cannot legally be brought into the United States, according to the Department of Justice.

Lee is scheduled to be sentenced July 23 in downtown Los Angeles on the single felony count, where prosecutors are recommending six months of house arrest.

Lee and co-defendant Mickey Tanadi, who was located in Indonesia, were indicted last year in connection with the discovery of a parcel containing eight arowanas imported and received from Indonesia. Arowanas -- also known as "arrows" and "dragon fish" -- sell on the black market for as much as $1,000 each.

In some Asian communities, the fish is thought to bring wealth and protection to businesses, and some owners believe the fish can understand their thoughts.

Court papers show that the fish were hidden in plastic bags placed in porcelain pots. In a sting operation, Lee signed for delivery of the DHL international parcel on Feb. 10, 2017, at the home of his parents, where he was living.

Subscribe > (/)

A search of the residence turned up more than $15,000 in cash in Lee's room, which prosecutors determined were proceeds of the defendant's illegal wildlife sales.