PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
9/21/18
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

U.S.A. VS. Shawn Naolu Lee                                                                 Docket No.: CR17-00574-ODW

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shawn Naolu Lee who was placed on supervision by the Honorable OTIS D. WRIGHT II sitting in the Court at Los Angeles, California, on the 23rd day of July, 2018 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Due to Mr. Lee's recent relapse he is in need of closer monitoring and structure which can be afforded by placement in a outpatient substance abuse treatment and counseling program.

Mr. Lee and defense counsel consent to the proposed modifications and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Shawn Naolu Lee, as a special condition of supervision shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, if directed to do so by the Probation Officer. Shawn Naolu Lee shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

As directed by the Probation Officer, Shawn Naolu Lee shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. Shawn Naolu Lee shall provide payment and proof of payment as directed by the Probation Officer.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 21st day of September, 2018 and ordered filed and made a part of the records in the above case. | /S/ LUIS TRUJILLO GARCIA |
| | U. S. Probation Officer |
| _[signature]_ | Place: Santa Ana, California |
| United States District Judge | Approved: /S/ CHRISTINA QUAN |
| HONORABLE OTIS D. WRIGHT II | Supervising U. S. Probation Officer |
| | Date: September 19, 2018 |