1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. CR 17-00574-ODW-1
                                 )
12              Plaintiff,       )  JUDGMENT AND COMMITMENT ORDER
                                 )  FOLLOWING REVOCATION OF
13       v.                      )  SUPERVISED RELEASE
                                 )
14  Shawn Naolu Lee,             )
                                 )
15              Defendant.       )
    _____)
16

17     On Thursday, March 7, 2019, the matter came on regularly for
18 hearing on the Petition for Revocation of Probation and Supervised
19 Release filed on March 6, 2019.  Appearing on behalf of the
20 Defendant was Georgina Wakefield, Deputy Federal Public Defender
21 and appearing on behalf of the Government was Assistant United
22 States Attorney's Amanda Miller Bettinelli and Erik M Silber.  Also
23 present was Probation Officer Luis Trujillo Garcia.
24     The defendant, after having been advised of his constitutional
25 rights and the allegations as contained in the Petition, admitted
26 to the truthfulness of each of allegation Nos. One, Four, Five and
27 Six as contained in the Petition.
28 ///

The Court grants the Government's request to withdraw allegation Nos. Two and Three.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on July 23, 2018 and September 21, 2018.  The Court ORDERS the Supervised Release, revoked.

It is adjudged that Defendant, Shawn Naolu Lee, is hereby committed to the custody of the **Bureau of Prisons for a term of two (2) months.  Upon release from imprisonment defendant shall be placed on supervised release for a term of thirty-six (36) months** under the original terms and conditions as previously imposed on July 23, 2018 and September 21, 2018, as well as the following additional conditions:

-Comply with the rules and regulations of the United States Probation and Pretrial Services Office and General Order 18-10.

-If directed by the Probation Officer, Mr. Lee shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer. He may be required to pay for all or part of the cognitive-based life skills program costs, as directed by the Probation Officer.

-During the course of supervision, the Probation Officer, with the agreement of Mr. Lee and defense counsel, may place Mr. Lee in a residential drug treatment program approved by the United States Probation and Pretrial Services Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if Mr. Lee has reverted to

1  the use of drugs and abuse of alcohol, and he shall reside in the
2  treatment program until discharged by the Program Director and
3  Probation Officer. Mr. Lee shall pay all or part of the costs of
4  drug treatment to the aftercare contractors during the period of
5  community supervision, pursuant to 18 U.S.C. § 3672. Mr. Lee shall
6  provide payment and proof of payment as directed by the Probation
7  Officer.
8      -Mr. Lee shall participate for a period of up to 120 days in
9  a home detention program which may include electronic monitoring,
10 GPS, alcohol monitoring or automated identification system and
11 shall observe all rules of such program, as directed by the
12 Probation Officer. He shall maintain a residential telephone line
13 without devices and/or services that may interrupt operation of
14 the monitoring equipment and pay the costs of the program to the
15 contract vendor not to exceed $12 for each day of participation.
16     It is ordered that the clerk deliver a copy of this Judgment
17 and Probation/Commitment Order to the U.S. Marshal or other
18 qualified officer

20 Dated: March 7, 2019        _____
                                    OTIS D. WRIGHT, II
21                              United States District Judge